Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
31, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed May 31, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00363-CV

____________

 

IN RE Meshark
Omoruyi, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On May
1, 2007, relator filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Joseph Halbach, presiding
judge of the 333rd District Court of Harris County, Texas to set aside his
order granting real party in interest=s motion to compel arbitration.

Relator has not established that he is entitled to
mandamus relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed May 31, 2007.

Panel consists of Justices Anderson,
Fowler, and Frost.